# United States Bankruptcy Court
## Northern District of California

In re   Everett Douglas Allen                                    Case No.: 04-10734
                                        Debtor(s)                Chapter    13

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  3-26-04                           _Everett D Allen_____
                                         Everett Douglas Allen
                                         Signature of Debtor

California State Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812


Dept. of Health & Human Srv.
OSI Collections
PO Box 258011
Cleveland, OH 44125-8011


Internal Revenue Service - SPS
Attn: Bankruptcy, Stop 1400S
1301 Clay Street
Oakland, CA 94612


US Dept. of Justice
PO Box 4169
Greenville, TX 75403-4169