0050-2B-EPIF2B-00019377-97977

# United States Bankruptcy Court
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
**TRUSTEE'S FINAL REPORT AND ACCOUNT**

IN RE: ALLEN, EVERETT DOUGLAS      CASE NO:
04-1-0734 AJ13

FOR DISMISSED CASES

    David Burchard - Santa Rosa, the Chapter 13 Standing Trustee appointed to receive and distribute monies above named debtor, now shows to the Court:

    1. The Trustee has received and distributed the monies paid by or for the debtor in accordance with the order of the Court, and has reported the receipts and disbursements, as ordered by the Court.

| | | Amount Allowed | Amount Paid | |
|---|---|---:|---:|---:|
| Claims Filed: | Secured | 7,266.00 | 7,568.75 | |
| | Priority | 101,782.94 | 65,888.47 | |
| | Unsecured | 130,736.57 | 0.00 | |
| Amount paid to creditors under case: | | | | 73,457.22 |
| | | | | |
| Trustee Compensation | | | 7,671.08 | |
| Trustee Notice Fees | | | 0.00 | |
| Total Trustee Compensation | | | | 7,671.08 |
| | | | | |
| Debtor's Attorney Fee | | | 1,294.00 | |
| Court Notice Fee | | | 0.00 | |
| Other Expenses | | | 0.00 | |
| Professional Fees and Expenses | | | | 1,294.00 |
| | | | | |
| Debtor Refunds | | | | 0.00 |
| | | | | |
| Total Received and Disbursed | | | | 82,422.30 |

I certify I am the Trustee charged with adminstration of the above referenced case and I have reviewed this Final Report and Account and this case has been administered, as above.

DATED: 03/31/2009                        David Burchard - Santa Rosa
                                                                             David Burchard - Santa Rosa
                                                                             Standing Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States, over the age of 18 years of age and not a party to the within case; my business address is 393 Vintage Park Drive, Suite 150, Foster City, California, 94404. I hereby certify that I served the foregoing document by first class U.S. mail, postage prepaid, on the date noted below.

Dated: 04/16/2009

Cecilia Marcelo
Cecilia Marcelo
Closed Case Administrator

CHRISTINA E CIU, ESQ
MOSKOWITZ & CIU, LLP 180 MONTGOMERY STREET STE 1950 SAN FRANCISCO, CA 94104

EVERETT DOUGLAS ALLEN
PO BOX 98 CRESCENT CITY, CA 95531-0098